IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FRED MALOLEY,

    Plaintiff,

vs.

WILBUR-ELLIS COMPANY, LLC,

    Defendant.

4:18-CV-3160

JUDGMENT

On the parties' Joint Stipulation for Dismissal with Prejudice (filing 25), this case is dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

Dated this 6th day of June, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge